# Court of Appeals
# of the State of Georgia

ATLANTA,   October 29, 2015

*The Court of Appeals hereby passes the following order:*

## A16E0014.  Steven Quick v. State of Georgia.

Appellant's Motion for a thirty (30) day extension in which to file his application for discretionary appeal is hereby GRANTED.  Appellant's discretionary appeal is now due on or before November 30, 2015.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   10/29/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*